Dismissed and Opinion filed October 7, 2004












Dismissed and Memorandum Opinion filed October 7,
2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00852-CV

____________

 

CHARLES REISING,
Appellant

 

V.

 

ROBERT LOWE,
M.D, Appellee

 



 

On Appeal from the
2nd and 25th District Court

Colorado County, Texas

Trial Court Cause No. 20,299

 



 

M E M O R A N D U M   O P I
N I O N

This is an appeal from a judgment signed May 21, 2004.  The notice of appeal was filed on August 19,
2004.  To date, the filing fee of $125.00
has not been paid.  No proper affidavit
of indigence was filed with or before the notice of appeal.  See Tex.
R. App. P. 20.1.  Therefore, on
September 9, 2004, the Court issued an order stating that unless appellant paid
the appellate filing fee of $125.00 within fifteen days of the date of the
order, the appeal would be dismissed.  








The filing fee has not been paid, and appellant has not
responded to the Court=s order of September 9, 2004.

Accordingly, the appeal is ordered dismissed.  See Tex.
R. App. P. 42.3(c).  

 

PER CURIAM

 

Judgment rendered and Memorandum Opinion
filed October 7, 2004.

Panel consists of Justices Yates,
Edelman, and Guzman.